**CLOSED**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA GONZALES-GUERRERO,<br><br>Plaintiff,<br><br>v.<br><br>THE HARTFORD LIFE AND ACCIDENT INSURANCE COMPANY,<br><br>Defendant | Case No.: 2:21-CV-09368-CAS-MAAx<br><br>**ORDER GRANTING THE STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

Pursuant to the parties' stipulation, **IT IS HEREBY ORDERED** that this entire matter shall be dismissed with prejudice. Each party is to bear their own attorneys' fees and costs.

DATED: October 12, 2022

*Christina A. Snyder*
HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525